# EXHIBIT

47088915v.1

# WELCOME

As you flip through the pages, you won't find instructions to set up your voicemail, whether eyeglasses are covered in your Flex Spending plan, or a map to the nearest break room.*

What you *will* find are our guiding principles, policies, and philosophy. We hope they help you begin to understand our values, why we do what we do, and how you fit into the big picture of Epic.

\* Don't worry! Your mentor will walk you through configuring your phone, prescription lenses are covered, and the nearest break room is probably so close that you don't need a map (and if you have a horrible sense of direction, we have maps online and your mentor will show you the way).

# ABOUT THE REDBOOK

## These are the guidelines.

They are not absolutes, nor are they all-encompassing. Even if we gave you a bookcase stacked with thick tomes of legalese, it would be impossible to spell out what to do in every situation you might encounter. In fact, even if we could, we wouldn't want to.

We expect you to exercise your judgment, act with integrity, and do good.

This is a living document. As our company evolves, we may revise the Redbook to reflect changes in our policies and procedures. If we make changes, we will try to keep you in the loop.

The online version is your most up-to-date source for current policies, practices, programs, and procedures: http://home.epic.com/team/redbook/. If you would like a hard copy, contact the Orientation team at 2LearningNewStaffOrientation@epic.com.

If you have questions about the information in the Redbook, please talk with your Team Leader or Human Resources. If you would like to suggest additions or changes, e-mail us at redbook@epic.com.

### How to Return the Redbook
If you find your Redbook collecting dust on the shelf and would like us to reuse it, please send it to the Orientation team on the third floor of Andromeda.

# If you need support

Please ask for help. Reach out to the following resources if you...

### Your Voice
- want to discuss a concern or suggestion with someone other than your TL
- need help resolving a workplace conflict
- need help preparing for a conversation with your TL
- would like to succeed at Epic but are unhappy in your job and need some changes
- are not sure where to go

### Transfers
- would like to explore changing teams or roles, start by discussing the transfer with your TL. If the change is appropriate, your TL can begin the transfer evaluation detailed here.

### Respectful Workplace
- feel harassed, offended, or uncomfortable
- feel you have been subject to unfair treatment or discrimination
- are concerned about inappropriate behavior

### Your Employment
- have questions or concerns about your employment agreement

### Your Compensation
- have concerns about your paycheck, wages, or compensation

### Requests from Customers
- receive a request for a drug test
- feel harassed, discriminated against, or made uncomfortable by a customer

### Your Benefits
- need guidance about your benefits, including health issues, time off, and FMLA

### Personal Support
Confidential guidance is available 24 hours a day and can help with personal concerns, including:

- depression
- job pressures
- stress and anxiety
- alcohol and drug abuse
- marital or family conflicts
- grief and loss

*Act with a sense of urgency.*
Understand the importance of now, and begin work earlier than necessary to make sure that all deadlines are met. To this end, don't get caught up addressing just the high priority tasks – issues may start as low priority, but won't stay that way if you ignore them.

*Be productive.*
There are countless things we can and need to do to help our customers be successful. When you have free or unscheduled time, find these opportunities and make an impact.

*Foster great relationships and teamwork.*
Break down silos and avoid using "us" and "them" when working internally or with customers. By using names instead of generalizing a group as "R&D" or "IS," you help bring people closer to the situation and eliminate walls between divisions.

*Escalate before it's too late.*
Inform management of staff/customer/other problems before things hit the fan; escalate well before any potential deadline is missed or a situation gets out of control.

*Contribute when working in a group.*
Don't just wait to be told what to do or sit back while others do the work - jump in, participate, and share your thoughts and expertise.

*Explore problems objectively.*
Admit errors when you make them - ignoring a problem only leads to greater problems. Be open to feedback, and strive to improve your work and yourself.

*Don't be afraid to ask for help.*
We have an open-door, first-name policy. Try to find the answers yourself, but don't be afraid to speak up when you need help or get stuck.